V. ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
JIMMY XIAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-3-06-70016 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION** |
| ) | |
| JIMMY XIAO, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the condition requiring electronic monitoring for the above named defendant is no longer necessary and is withdrawn. Pre-trial Service Officer Anthony Granados has no objection to Mr. Xiao being removed from electronic monitoring.

//

//

//

//

//

IT IS SO STIPULATED.

DATED: April 20, 2006                    Respectfully submitted,

   /s/ V.Roy Lefcourt
V.ROY LEFCOURT
Attorney for Defendant JIMMY XIAO

DATED: April 20, 2006

   /s/ Thomas Mazzucco w/permission
THOMAS MAZZUCCO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 24, 2006

_____
HON. JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE