```
 1  V.ROY LEFCOURT (SBN 49950)
    Attorney at Law
    2019 Webster St.
    San Francisco, CA 94115
 2  (415) 776-0207

 3  Attorney for Defendant
    JIMMY XIAO
 4
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO: CR-3-06-70016 JCS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION** |
| JIMMY XIAO, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the above-cited matter is continued for setting until Tuesday, April 27, 2006 at 9:30 a.m. and furthermore, the parties agree to waive time for either the filing of an indictment or a preliminary hearing.

IT IS SO STIPULATED.

DATED: March 27, 2006                Respectfully submitted,

                                     /s/ V.Roy Lefcourt
                                     V.ROY LEFCOURT
                                     Attorney for Defendant
                                     JIMMY XIAO

DATED: March 27, 2006

                                     /s/ Thomas Mazzucco w/permission
                                     THOMAS MAZZUCCO
                                     Assistant United States Attorney