```
V.ROY LEFCOURT (SBN 49950)
Attorney at Law
1934 Divisadero Street
San Francisco, CA 94115
Office: (415) 776-0207
Fax: (415) 776-8047
vroylefcourt@sbcglobal.net

Attorney for Defendant
JIMMY XIAO
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-3-06-70016 MAG |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION** |
| JIMMY XIAO, ) | |
|     Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the condition requiring curfew for the above named defendant is no longer necessary and is withdrawn. Pretrial Service Officer Anthony Granados has no objection to the curfew condition of Mr. Xiao being removed.

//

//

//

//

//

| | |
|---|---|
| 1 | |
| 2 | IT IS SO STIPULATED. |
| 3 | |
| 4 | DATED: April 18, 2007        Respectfully submitted, |
| 5 |        /s/ V.Roy Lefcourt |
| 6 |        V.ROY LEFCOURT<br>Attorney for Defendant JIMMY XIAO |

IT IS SO STIPULATED.

DATED: April 18, 2007           Respectfully submitted,

    /s/ V.Roy Lefcourt
V.ROY LEFCOURT
Attorney for Defendant JIMMY XIAO

DATED: April 18, 2007

    /s/ Thomas Mazzucco w/permission
THOMAS MAZZUCCO
Assistant United States Attorney

IT IS SO ORDERED.

DATED:   April 19, 2007

_____
HON. J.
UNITED STATES MAGISTRATE JUDGE

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]